IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


UNITED STATES OF AMERICA,

        Plaintiff,

    v.

DUANE JAY BABCOCK,

        Defendant.

Nos. 3:11-cr-00284-HZ;
6:03-cr-60067-HZ

OPINION & ORDER


Billy Williams
United States Attorney
Jane Shoemaker
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, Oregon 97204

    Attorneys for Plaintiff

Pamela Paluga
111 SW 5th Ave., Suite 2115
Portland, Oregon 97204

      Attorney for Defendant

HERNÁNDEZ, District Judge:

      Before the Court is Defendant Duane Jay Babcock's Motion to Amend Judgment [78]. Defendant seeks an order from the Court amending her judgments to reflect her name change to Shayna Nicole Babcock. The Government concurs with Defendant's Motion. Pursuant to Bureau of Prisons policy, the name entered on the judgment is the name used by the BOP and the name entered in SENTRY, "which may only be changed by an order from the Federal sentencing court." BUREAU OF PRISONS, POLICY STATEMENT 5800.15 CN-1, Correctional Systems Manual Ch. 4, p. 2 (Sept. 23, 2016). Given that the parties prefer that the Court amend the judgment to reflect Defendant's new name, the motion is GRANTED in part.

      It is hereby ORDERED that Defendant's name on the judgments in case Nos. 6:03-cr-60067-HZ-1 and 3:11-cr-00284-HZ shall be changed to read as follows: "DUANE JAY BABCOCK n/k/a SHAYNA NICOLE BABCOCK." As neither judgment refers to Defendant's sex, no amendments are necessary.

Dated this ____10____ day of ____March____, 2018.

_____
MARCO A. HERNÁNDEZ
United States District Judge