IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case Nos. 3:11-cr-00284-HZ & |
| **Plaintiff,** | 6:03-cr-60067-HZ |
| v. | **ORDER GRANTING MOTION TO REDUCE SENTENCE** |
| **SHAYNA NICOLE BABCOCK,** | |
| **Defendant.** | |

Hernández, Chief United States District Judge:

    This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence on both dockets to time served, effective ten days after the entry of the amended judgment or the next following Monday if ten days elapses on a Saturday or Sunday. The term of imprisonment in Case No. 3:11-cr-00274-HZ shall be followed by a three-year term of supervised release, with the conditions previously set forth in the amended judgment and the additional special condition that the

Page 1   ORDER GRANTING MOTION TO REDUCE SENTENCE

defendant must reside at and participate in the program of a residential reentry center for not more than 120 days, to be released at the direction of the probation officer.

The Court concludes that the defendant's release pursuant to this order will not pose a danger to any other person or the community. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in Case No. 3:11-cr-00284-HZ, and an amended judgment for revocation of supervised release shall be prepared and entered in Case No. 6:03-cr-60067, in accordance with this decision. The amended judgments shall not become effective until ten days after they are entered on the docket unless that date is a Saturday or Sunday, in which case the order will be effective the following Monday.

Dated this __18__ day of December, 2020.

_____
Hon. Marco A. Hernández
Chief United States District Court Judge